MARSHA JONES MOUTRIE, City Attorney
CAROL ANN ROHR, Deputy City Attorney
Bar No. 90012
carol.rohr@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8335
Facsimile:  (310) 451-5862

JS-6

Attorneys for Defendants
CITY OF SANTA MONICA, BRENT WILKENING,
STEVEN WONG, JAMES WEESE, WALTER RAMIREZ, erroneously
sued and served herein as VICTOR RAMIREZ and SERGEANT SANDRA
TERHUNE-BICKLER erroneously sued and served herein as
SERGEANT SANDY TERHINE-BICKLER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CLINE, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>CITY OF SANTA MONICA, a local public entity, OFFICERS BRENT WILKENING, STEVEN WONG, JAMES WEESE, VICTOR RAMIREZ, SERGEANT SANDY TERHINE-BICKLER and DOES 1-10<br><br>       Defendants. | CASE NO.: 15cv 01243-DDP(MRWx)<br><br>**ORDER OF DISMISSAL** |

Based on the STIPULATION TO DISMISS ACTION WITH PREJUDICE entered into by the parties, Plaintiff, KENNETH CLINE, and Defendants, CITY OF SANTA MONICA, OFFICERS BRENT WILKENING, STEVEN WONG, JAMES WEESE, WALTER RAMIREZ, erroneously sued and served herein as VICTOR RAMIREZ and SERGEANT SANDRA TERHUNE-BICKLER erroneously sued and served herein as SERGEANT SANDY TERHINE-BICKLER through their respective undersigned attorneys, and stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that the within action be dismissed with prejudice in its entirety, with each party to bear its/his/her own costs and attorney's fees, including attorney's fees under

42 U.S.C. §1988, the Court hereby orders as follows:

The within action is dismissed in its entirety, with each party to bear its/his/her own costs and attorney's fees, including attorney's fees under 42 U.S.C. §1988.

**IT IS SO ORDERED**

DATED: June 30, 2016

By: _____
HONORABLE DEAN D. PREGERSON
Judge of the United States District Court

ORDER DISMISSING ACTION W PREJUDICE - CLINE .DOC